UNITED STATES DISTRICT COURT    FILED
CLERKS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

NO.        2005 FEB 10  P 1: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

**05 ~ 1 0 2 8 2 RCL**

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o ) | |
| MAGUIRE COMPANY, INC., a ) | |
| Massachusetts corporation with a principal ) | COMPLAINT |
| place of business in Newton, Middlesex ) | |
| County, ) | RECEIPT # 62069 |
|     Plaintiff ) | AMOUNT $ 250.00 |
| ) | SUMMONS ISSUED 2 |
| v. ) | LOCAL RULE 4.1 ⎯ |
| ) | WAIVER FORM ⎯ |
| MATTIE AND O'BRIEN MECHANICAL ) | MCF ISSUED ⎯ |
| CONTRACTING CO., INC., a ) | BY DPTY. CLK. M.P. |
| Massachusetts corporation with a principal ) | DATE 2/11/05 |
| place of business in Boston, Suffolk County, ) | |
| TRAVELERS CASUALTY AND SURETY ) | MAGISTRATE JUDGE JLA |
| COMPANY OF AMERICA, a Connecticut ) | |
| surety company registered to do business in ) | |
| Massachusetts, ) | |
|     Defendants ) | |
| ) | |

## COUNT ONE - CONTRACT - (MILLER ACT)

1.    The United States of America, acting through the United States Department of

Veterans Affairs (collectively "the Owner") entered into a written contract with defendant Mattie and

O'Brien Mechanical Contracting Co., Inc. (Mattie) for renovations to Building #1, Ward 2-South

of the VA Medical Center/ West Roxbury Facility, 1400 VFW Parkway, West Roxbury,

Massachusetts, Contract No. V523C-1242 (Project).

2.    Mattie, as principal, and defendant Travelers Casualty and Surety Company of

America, as surety, executed a payment bond required by 40 U.S.C. 3131 securing payment of labor

and materials furnished on the Project.

MAGMAT.CPL.wpd

3.    Plaintiff Maguire Company, Inc. (Maguire) entered into a subcontract with Mattie to furnish labor and materials for the plumbing work on the Project.

4.    The subcontract price is $249,800.

5.    Maguire completed its subcontract work.

6.    Maguire furnished extra work ordered by Mattie for which the agreed price was $24,987.04.

7.    Maguire furnished additional work ordered by Mattie, the fair value of which is $31,743.21.

8.    The total of the subcontract work and extra work is $306,530.25.

9.    Mattie paid $261,289.97.

10.    Mattie owes Maguire a balance of $45,240.28, plus interest.

11.    Maguire demanded payment, but Mattie has failed to pay.

12.    Ninety days have elapsed since the sums claimed became due.

13.    This complaint was filed within one year after furnishing the last of the labor and materials for which payment is claimed due.

14.    All conditions precedent to the maintenance of this action have been performed.

WHEREFORE, Maguire Company, Inc. demands judgment against Mattie and O'Brien Mechanical Contracting Co., Inc. and Travelers Casualty and Surety Company of America, jointly and severally, for $45,240.28 plus interest and costs.

## COUNT TWO - QUANTUM MERUIT - (MILLER ACT)

15.    Maguire realleges paragraphs 1 through 3.

16.    Maguire substantially completed in good faith its subcontract and extra work, the fair

MAGMAT.CPL.wpd

value of which is $306,530.25.

17.    Mattie realleges paragraphs 9 through 14.

WHEREFORE, Maguire Company, Inc. demands judgment against Mattie and O'Brien

Mechanical Contracting Co., Inc. and Travelers Casualty and Surety Company of America, jointly

and severally, for $45,240.28 plus interest and costs.

EDWIN J. FREMDER
B.B.O. #179220
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617)742-3420

Dated:    February 9, 2005

MAGMAT.CPL.wpd

JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as pr by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of ini the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America f/u/o Maguire Company, Inc. | Mattie and O'Brien Mechanical Contracting Co., Inc. Travelers Casualty and Surety Co. of America |

**(b)** County of Residence of First Listed Plaintiff  **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Edwin J. Frender, Esquire, Corwin & Corwin LLP, One Washington Mall, Boston, MA 02108 (617) 742-3420

Attorneys (If Known)

**05  10282 RCL**

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for F
(For Diversity Cases Only)  and One Box for Defendant)

| | PTF | DEF | | PTF | |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionme |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☒ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influence |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organization |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodi |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Acti |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilizati |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matt |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation A |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Informat |
| ☐ 240 Torts to Land | Accommodations | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | | | ☐ 900 Appeal of Fee Deterrn |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | | | Under Equal Access to Justice |
| | ☐ 446 Amer. w/Disabilities - Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. 3131

Brief description of cause: Plaintiff seeks subcontract balance of $45,240.28 for labor and materials furnished on VA Medical Center/West Roxbury, MA.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 45,240.28

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE  2/9/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.    Title of case (name of first party on each side only) United States of America f/u/o Maguire Company, Inc. FILED IN CLERKS OFFICE

Mattie and O'Brien Mechanical Contracting Co., Inc.

2.    Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See 2005 FEB 10  P 1: 31
      local rule 40.1(a)(1)).

U.S. DISTRICT COURT
DISTRICT OF MASS

☐    I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

*Also complete AO 120 or AO 121
for patent, trademark or copyright cases

☐    II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

☒    III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

☐    IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

☐    V.    150, 152, 153.

**05 CV 10282 RCL**

3.    Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
      this district please indicate the title and number of the first filed case in this court.

      N/A

4.    Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                         YES ☐    NO ☒

5.    Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
      28 USC §2403)

                                                         YES ☐    NO ☒

      If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                         YES ☐    NO ☐

6.    Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                         YES ☐    NO ☒

7.    Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
      Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
      40.1(d)).

                                                         YES ☒    NO ☐

      A.    If yes, in which division do all of the non-governmental parties reside?

            Eastern Division    ☒         Central Division    ☐         Western Division    ☐

      B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
            agencies, residing in Massachusetts reside?

            Eastern Division    ☐         Central Division    ☐         Western Division    ☐

8.    If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
      yes, submit a separate sheet identifying the motions)

                                                         YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Edwin J. Frender, Esquire

ADDRESS  Corwin & Corwin LLP, One Washington Mall, Boston, MA 02108

TELEPHONE NO.  617-742-3420

(Coversheetlocal.wpd - 10/17/02)