UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10282-RCL

| | |
|---|---|
| THE UNITED STATES OF AMERICA  f/u/o MAGUIRE COMPANY, INC., a Massachusetts with a principal place of business in Newton, Middlesex County,<br>　　　　　　　　Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| MATTIE AND O'BRIEN MECHANICAL CONTRACTING CO., INC., a Massachusetts corporation with a principal place of business in Boston, Suffolk County, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut surety company registered to do business in Massachusetts,<br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF DEFENDANTS MATTIE AND O'BRIEN MECHANICAL CONTRACTING CO., INC. AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**(Answer to COUNT ONE)**

　　1.　　Admitted.

　　2.　　Defendants admit the execution of a payment bond, state that the payment bond speaks for itself, and deny each and every remaining allegation contained in paragraph numbered 2.

　　3.　　Admitted.

　　4.　　Admitted.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Admitted.

10. Denied.

11. Admitted.

12. Denied.

13. Admitted.

14. Denied.

## (Answer to COUNT TWO)

15. Defendants realleage and reaffirm their answers to paragraphs 1-3 as each and every allegation thereof was set forth fully herein.

16. Denied.

17. Defendants reallege and reaffirm their answers to paragraphs 9-14 as if each and every allegation thereof was set forth fully herein.

FIRST AFFIRMATIVE DEFENSE

Plaintiff cannot recover under any of the allegations of its Complaint in that Plaintiff has failed to satisfy conditions precedent to such recovery.

SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery under any of the allegations of its Complaint by the express provisions of the December 2002 Subcontract under which Plaintiff seeks recovery.

THIRD AFFIRMATIVE DEFENSE

Plaintiff by its actions has waived any right to recovery under any of the allegations of its Complaint.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery under any of the allegations of its Complaint in that Plaintiff has intentionally and materially breached the very Subcontract under which it seeks recovery.

Respectfully submitted,

MATTIE & O'BRIEN MECHANICAL
CONTRACTING CO., INC. and TRAVELERS
CASUALTY AND SURETY COMPANY
OF AMERICA
By their Attorney,

   /s/ Leo S. McNamara
Leo S. McNamara, Esq.
BBO #339380
McNAMARA & FLYNN, P.A.
84 State Street, 9th Floor
Boston, MA 02109

Dated: March 3, 2005                 617-723-3344

3

Case 1:05-cv-10282-JLA    Document 3    Filed 03/03/2005    Page 4 of 4

4