# UNITED STATES DISTRICT COURT

District of Massachusetts

United States of America f/u/o
Maguire Company, Inc.

V.

Mattie and O'Brien Mechanical Contracting
Co, Inc.
Travelers Casualty and Surety Company of
America

FILED
IN CLERKS OFFICE

2005 MAR -9  P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05   10282 RCL

TO: (Name and address of Defendant)

Mattie and O'Brien Mechanical Contracting Co., Inc., One Wadleigh
Place, South Boston, MA 02127.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edwin J. Fremder, Esquire, Corwin & Corwin LLP, One Washington Mall,
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 11 2005

CLERK    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

March 4, 2005

I hereby certify and return that on 2/22/2005 at 5:00PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Shannon Smith, agent and person in charge at the time of service for Mattie and O'Brien Mechanical Contracting, at , One Wadleigh Place, South Boston, MA 02127. In the service hereof it was necessary and I actually use a motor vehicle 5 miles. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $45.70

Deputy Sheriff   George Slyva

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                        *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.