UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10282-RCL

| | |
|---|---|
| THE UNITED STATES OF AMERICA f/u/o MAGUIRE COMPANY, INC., a Massachusetts with a principal place of business in Newton, Middlesex County,<br>     Plaintiff,<br><br>v.<br><br>MATTIE AND O'BRIEN MECHANICAL CONTRACTING CO., INC., a Massachusetts corporation with a principal place of business in Boston, Suffolk County, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut surety company registered to do business in Massachusetts,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**INITIAL DISCLOSURE STATEMENT OF DEFENDANTS
MATTIE & O'BRIEN MECHANICAL CONTRACTING CO., INC. AND
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
<u>PURSUANT TO FED. R. CIV. P. 26 (A)(1)</u>**

I. <u>Individuals Likely to Have Discoverable Information</u>:

 William J. O'Brien, Jr., Treasurer
 Mattie & O'Brien Mechanical Contracting Co., Inc.
 One Wadleigh Place
 South Boston, MA 02127

 Bruce Grenon, Superintendent
 Mattie & O'Brien Mechanical Contracting Co., Inc.
 One Wadleigh Place
 South Boston, MA 02127

Michael Reilly, COTR
VA Hospital
1400 VFW Parkway
West Roxbury, MA 02132

Carol AhNee
Contracting Officer
VA Boston Health Care System
150 South Huntington Avenue
Room 23, 10th Fl.
Boston, MA 02130

II.  Relevant Documents:

- Subcontract between Mattie & O'Brien Contracting Corporation, Inc. ("Mattie & O'Brien") and Maguire Company, Inc. ("Maguire") dated December 5, 2002, including all incorporated documents and provisions of the general contract between Mattie & O'Brien and the VA for the project known as Renovations to Building No. 1 Ward 2-South, VA Medical Center 1400 VFW Parkway, West Roxbury, MA, Contract No. V523-C1240.

- Travelers Casualty and Surety Company of America Payment Bond No. 6SB103890775.

- Mattie & O'Brien Transmittal to Maguire dated December 11, 2002.

- Mattie & O'Brien Transmittal to Maguire dated January 5, 2002.

- Mattie & O'Brien Letter to Maguire dated June 27, 2003.

- Maguire Letter to Mattie & O'Brien dated July 8, 2003.

- Maguire Proposed Change Order #11 for $31,888.46 dated January 17, 2004.

- Mattie & O'Brien Transmittal of Maguire's Proposed Change Order #11/Claim to VA.

- Vernacare Invoice No. 90752 to Mattie & O'Brien dated December 5, 2003

    in the amount of $5,760.00.

- Norton Plumbing and Heating Co. Invoice NO. 399-12-20-04 to Mattie & O'Brien in the amount of $225.00.

III.    <u>Insurance</u>:

Travelers Casualty and Surety Company of America Payment Bond No. 6SB103890775.

    MATTIE & O'BRIEN MECHANICAL
CONTRACTING CO., INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA
By their Attorney,


    /s/ Leo S. McNamara
Leo S. McNamara, Esq.
BBO #339380
McNAMARA & FLYNN, P.A.
84 State Street, 9th Floor
Boston, MA 02109
(617) 723-3344

Dated: May 12, 2005