UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-10282 RCL

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o<br>MAGUIRE COMPANY, INC.,<br>   Plaintiff<br><br>v.<br><br>MATTIE AND O'BRIEN MECHANICAL<br>CONTRACTING CO., INC.,<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br>   Defendants | MAGUIRE'S INITIAL<br>DISCLOSURES |

Pursuant to F.R.C.P. 26(a)(1) Maguire Company, Inc. makes its initial disclosures:

(A)   The following individuals are likely to have discoverable information that Maguire may use to support its claim:

| **Name** | **Address** | **Subject** |
|---|---|---|
| Dennis V. Maguire<br>Mark Price | Maguire Company, Inc.<br>254 Adams Street<br>Newton, MA 02458<br>(617) 527-2345 | Maguire is the principal of the corporation and Price was the project manager. They have knowledge of the Maguire - Mattie subcontract negotiations, the progress of the project and the calculation of damages. |
| William J. O'Brien, Jr. | Mattie & O'Brien<br>Contracting Corporation, Inc.<br>One Wadleigh Place<br>Boston, MA 02127<br>(617) 464-4200 | O'Brien is the treasurer of general contractor Mattie. He has knowledge concerning the subcontract negotiations, the progress of the work and the damages claimed by Maguire. |

MAGMAT(disclosure).mis.wpd

| **Name** | **Address** | **Subject** |
|---|---|---|
| Carol A. AhNee | VA Boston Health Care System (90C)<br>150 S. Huntington Avenue<br>Boston, MA 02130<br>(617) 232-9500 | AhNee was the government's contracting officer for the project. On information and belief, she will have knowledge concerning the performance of the work, payments made to Mattie, change orders given to Mattie and the progress of the work. |

(B)   Maguire may use the following documents, data compilations and tangible things to support its claims:

- Maguire's proposal to Mattie for the work and Mattie's draft, but unsigned, subcontract form
- Maguire's requisitions to Mattie
- Change orders issued by Mattie to Maguire
- Correspondence and other business records relating to the project and the calculation of Maguire's claim

(C)   Maguire's claim totals $45,240.28, a detailed calculation of which was set forth in Plaintiff's and Defendant's Joint Statement. The items in dispute are as follows:

- There is an undisputed subcontract balance of $228.04.

- Change Order 8 for $7,509 for certain revisions to the plumbing work. Mattie issued the Change Order to Maguire, which contains no language making payment to Maguire conditional on payment by the owner to Mattie. Mattie, however, has failed to pay the Change Order.

- Mattie seeks to charge Maguire $5,760 for supplying a certain piece of equipment called a Vernacare unit. Maguire disputes the charge on the basis that it was excluded in its original proposal to Mattie. Mattie's defense is based on the unsigned subcontract that Mattie claims required Maguire to provide the piece of equipment.

- Maguire claims $31,888.46 based on Mattie's change in the phasing of the

       project and how Maguire's work was to be performed. Originally, the work was to be performed in two phases in each of three wings of the hospital, but was actually performed in twelve phases requiring substantially more labor and management costs.

(D)    There is no insurance agreement applicable to these claims.

                                                                             _____
                                            EDWIN J. FREMDER
                                            Corwin & Corwin LLP
                                            One Washington Mall
                                            Boston, MA 02108
                                            (617) 742-3420
                                            B.B.O. #179220

      CERTIFICATE OF SERVICE: A copy of MAGUIRE'S INITIAL DISCLOSURES was mailed, postage prepaid, to Leo S. McNamara, Esquire, McNamara & Flynn, P.A., 84 State Street, 9th Floor, Boston, MA 02109 on May 11, 2005.

                                                                             _____
                                            EDWIN J. FREMDER