**CORWIN & CORWIN LLP**         Attorneys at Law

One Washington Mall                 Boston, Massachusetts 02108-2693
Tel: 617-742-3420   Fax: 617-742-2331   Email: ccllp@corwinlaw.com

Email: ebardanis@corwinlaw.com

JOSEPH M. CORWIN (1908-2002)
SALLY A CORWIN (1917-2004)
JERROLD A. OLANOFF
JON C. MAZUY
JOSEPH A. PISARRI
EDWIN J. FREMDER
DAVID E. WILSON

JOHN M. CURRAN*
CAROLYN M. FRANCISCO**
CHARLES F. AHERN III
EMANUEL N. BARDANIS
JOHN A. MCDEVITT
JENNIFER M. KOCH
KIM ALIPRANTIS***

* Also admitted in NH
** Also admitted in RI
*** Also admitted in NY

*Of Counsel*
PETER J. GAGNE

February 20, 2006

Mr. Jared Lovett
Civil Clerk's Office
United States District Court for
The District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   UNITED STATES OF AMERICA f/u/o MAGUIRE COMPANY, INC. v. MATTIE AND
      O'BRIEN MECHANICAL CONTRACTING CO., INC., and TRAVELERS CASUALTY
      AND SURETY COMPANY OF AMERICA
      CASE NO. 05-10282 RCL

Mr. Lovett, I'm writing to confirm that the parties have settled this case. Please enter a 30-day nisi order to permit us time to execute the close-out documents. Thanks again for your help.

EMANUEL N. BARDANIS
BY FAX

cc:  Leo S. McNamara, Esquire
     BY FAX

MAGMAT(3-7-05).CLK.wpd

**CORWIN & CORWIN LLP**          Attorneys at Law

One Washington Mall          Boston, Massachusetts 02108-2693
Tel: 617-742-3420    Fax: 617-742-2331    Email: ccllp@corwinlaw.com

Email: ebardanis@corwinlaw.com

JOSEPH M. CORWIN (1908-2002)
SALLY A CORWIN (1917-2004)
JERROLD A. OLANOFF
JON C. MAZUY
JOSEPH A. PISARRI
EDWIN J. FREMDER
DAVID E. WILSON
JOHN M. CURRAN*
CAROLYN M. FRANCISCO**
CHARLES F. AHERN III

EMANUEL N. BARDANIS
JOHN A. MCDEVITT
JENNIFER M. KOCH
CHRISTOPHER S. TAFFE***
KATHRYN M. RAGUCCI
ADAM C. MARTIN
CHRISTOPHER D. STRANG
* Also admitted in NH
** Also admitted in RI
*** Also admitted in NY and RI

*Of Counsel*
PETER J. GAGNE

## FAX TRANSMITTAL

DATE:    February 20, 2006

TO:    Mr. Jared Lovett (c/o Ms. Judith Michaelman)
       Leo S. McNamara, Esquire

FROM:    Emanuel N. Bardanis, Esquire

RE:    MAGUIRE - MATTIE

FAX TEL:    617-748-4584
            617-723-4477

TOTAL PAGES (including this cover sheet):    2

If you do not receive the correct number of pages, please call 617-742-3420. Thank you.

COMMENTS:    Letter dated February 20, 2006

IMPORTANT NOTICE: THIS FAX (INCLUDING ALL ATTACHED PAGES) IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE(S) AND MAY CONTAIN INFORMATION THAT IS LEGALLY PRIVILEGED OR EXEMPT FROM DISCLOSURE. IF YOU ARE NOT A NAMED ADDRESSEE, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FAX IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE DESTROY ALL COPIES AND NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.