# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| USA/ Maguire Company Inc. <br> Plaintiff <br><br> V. <br><br> Mattie O'Brien Mechanical Contracting Company, Inc./Travelers Casualty & Surety Company of America <br> Defendant | CIVIL ACTION <br><br> NO. 05-CV-10282-JLA |

## SETTLEMENT ORDER OF DISMISSAL

ALEXANDER   M. J.

The Court having been advised on   2/20/06   that the above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (30) days if settlement is not consummated.

By the Court,

 2/22/06                                          /S/ Jarrett Lovett
   Date                                                Deputy Clerk

(Dismissal Settlement.wpd - 12/98)