UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-10282-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o MAGUIRE COMPANY, INC.,<br>    Plaintiff<br><br>v.<br><br>MATTIE AND O'BRIEN MECHANICAL CONTRACTING CO., INC., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br>    Defendants | JOINT MOTION TO EXTEND NISI ORDER BY THIRTY DAYS |

    The parties jointly move to extend the Nisi Order in this case by an additional thirty days in order to finalize their settlement.  As grounds, the parties state they have resolved the claim but payment is expected to be made after the thirty-day Nisi Order expires.  Accordingly, the parties require a brief extension in order to keep the case open until payment is made.  No party will be prejudiced by the requested extension.


|   /s/ Leo S. McNamara |   /s/ Emanuel N. Bardanis |
|---|---|
| LEO S. MCNAMARA | EMANUEL N. BARDANIS |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| McNamara & Flynn, P.A. | Corwin & Corwin LLP |
| 84 State Street | One Washington Mall |
| Boston, MA 02109 | Boston, MA 02108 |
| (617) 723-3344 | (617) 742-3420 |
| B.B.O. #339380 | B.B.O. #634104 |

Dated: March 21, 2006