UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10282-RCL

| | |
|---|---|
| THE UNITED STATES OF AMERICA f/u/o MAGUIRE COMPANY, INC., a Massachusetts with a principal place of business in Newton, Middlesex County,<br>           Plaintiff,<br><br>v.<br><br>MATTIE AND O'BRIEN MECHANICAL CONTRACTING CO., INC., a Massachusetts corporation with a principal place of business in Boston, Suffolk County, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut surety company registered to do business in Massachusetts,<br>           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

The parties hereto by their respective attorneys of record hereby stipulate to dismissal of this action with prejudice and with cost to any party.

| | |
|---|---|
| MATTIE & O'BRIEN MECHANICAL<br>  CONTRACTING CO., INC. and TRAVELERS<br>  CASUALTY AND SURETY COMPANY<br>  OF AMERICA<br>By their Attorney, | MAGUIRE COMPANY, INC.<br>By its Attorney, |

| | |
|---|---|
| /s/ Leo S. McNamara, Esq. | /s/ Edwin J. Fremder, Esq. |
| Leo S. McNamara, Esq. | Edwin J. Fremder, Esq. |
| BBO #339380 | BBO #179220 |
| McNAMARA & FLYNN, P.A. | CORWIN & CORWIN LLP |
| 84 State Street, 9th Floor | One Washington Mall |
| Boston, MA 02109 | Boston, MA 02108 |
| (617)-723-3344 | (617) 742 3420 |

April 24, 2006